Name: Xu Zhang
Address: 525 West Arkansas Ave.
Vivian. LA. 71082
Phone: 318-488-6776
Fax: N/A

In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
MAR 22 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: EEE  DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Xu ZHANG
Plaintiff

v.

Netflix, Inc.
Defendant(s).

CASE NUMBER: LACV23-02200-UA

To be supplied by the Clerk of
The United States District Court

## Statement

In 2014, I founded a workshop which name is Bamo Workshop (all the Brand Visual Identity Systems of Bamo Wokshop are my own copyrights.)

In 2015, the design of the first clutch bag series in Bamo workshop was completed. The design of this series is square, triangle, circle (the order of these three graphics in the full text is not in particular order), three clutches. The clutch bags with these three graphics (square, triangle, circle) were

— 1 —

CV-126 (09/09)   PLEADING PAGE FOR A COMPLAINT

placed on the table, and I suddenly had inspiration. I used my brush to designed these three graphics (squares, triangles, circles) all on the Rice Paper. At the same time, determined that these three graphics (squares, triangles, circles) are the core of 'Bamo workshop' and there're core of brand. In order to enrich the brand, I also designed illustrate cards, product box, product canvas bag and so on. For the development of the 'Bamo workshop' brand, I completely designed the Brand Visual Identity System of the whole Bamo workshop with these three graphics (squares, triangles, circles) as the core. (The complete Brand Visual Identity System includes Mind Identity System, Behavior Identity System, Visual Identity System, collectively referred to as BVIS. I established this whole brand system for my brand complete design, whether it is all are completed brand system for internal or external.) (The founded of the Bamo workshop is to achieve the purpose of enriching the promotion of the brand and products through the story of the founder of the Bamo Workshop. There is no copyright under the Bamo workshop, and all the Brand Visual Identity Systems of Bamo Workshop are my own copyrights.)

After that, Bamo workshop also designed many other products with these three graphics (squares, triangles, circles) as based. These three graphics and the design of the Brand Visual Identity System of the entire workshop with these three graphics (squares, triangles, circles) as the core are my

— 2 —

design work assets and the core of my workshop.

In 2016, on the publicly launched project page, I described the above facts in detail. At the same time, it also described in detail my interpretation of these three graphics (squares, triangles, circles), including my description that these three graphics represent three human personalities and three stages of life. Since then, I have launched four more projects, three times in China and one time on kicistarter.com in the United State.

In 2018, I started American immigration on my way. Me and my workshop just changed places, but I didn't end it.

In September 2021 Netflix released 'squid game', start shooting in June2020. And all copyrights of "squid game" are fully owned by Netflix, Inc. (above all of information according to the drama television series information released by Netflix).

In Second half of 2021, I watched "squid game", which is owned by Netflix. Saw most important iconic graphics in 'squid game': square, triangle, circle. At the very beginning of the first episode, someone invites a man to play a game with a business card that has these three graphics (square, triangle, circle) printed on it. Compared with the brand illustrate card I designed for my Workshop, the two are very similar.

With the development of the drama television series, product box appeared. Compared with the product box I designed for my workshop

—— 3 ——

brand, the two are more similar.

These three graphics (square, triangle, circle) keep very intentionally present in 'squid game' . There are six shoots in the first episode, thirteen shoots in the second episode, one shoot in the third episode, nine shoots in the fourth episode, one shoot in the fifth episode, ten shoots in the sixth episode, ninety-three shoots in the seventh episode, three shots in the eighth episode, three shoots in the ninth episode. (Count the number of occurrences of the three graphics of lens in drama 'squid game' .Due to manual Statistics, a little errors may occur.)

At the same time, after watching this drama television series, audiences will find that these three graphics (square, triangle, circle) are unreasonable in the "squid game" invested by Netflix and owning all copyrights.

First of all, the visual core of "Squid game" is that squid has no connection with square, triangle, and circle. The square, triangle, and circle deliberately deconstructed from the graphic of squid are perfunctory, which is unreasonable in the core design.

Secondly, "Squid game" described a children's game called squid game at the beginning, the content is a game of six rounds, and now decomposed the squid graphics into squares, triangles, and circles, and forced these three graphics to add anthropomorphic descriptions and interpretations. The description of the drama, the humanization of the square, triangle,

and circle is always repeated, ignoring the squid in the squid game, making these three graphics the center of the drama. This is unreasonable design logic. The above two abnormally unreasonable made the three graphics appear is deliberately, which has strong senses of violation.

The anthropomorphic description and interpretation of these three graphics (square, triangle, circle) in the "squid game" and drama television series just mentioned, compare with the anthropomorphic description and interpretation of the of these three graphics (square, triangle, circle) in my publicly released project, the two are very similar.

After comparing the similarity of the above details and design unreasonable comparison, please look at the timeline. The chronological order is also the reason for judging the originality of design. The defendant's malicious infringement is also reflected in that, in addition to all the infringements involved in the "Squid game", it also includes of offline products. These three graphics (square, triangle, circle) have been printed on various commodities. And the category and sales coverage of these commodities is very wide. The defendant' s behavior is to deliberately monopolize the entire market, and induced customers.

The Brand Visual Identity System of my workshop I designed includes Mind Identity System, Behavior Identity System, Visual Identity System, collectively referred to as BVIS. I established this whole brand system for

— 5 —

CV-126 (09/09)           PLEADING PAGE FOR A COMPLAINT

my workshop complete design, all of which are a set of systems exclusive to my workshop. This is the design assets of mine, and it's determine the core value of the workshop. This is my complete design work, it's some like my child, it's my honor. And now the defendant have taken all and all away. The behavior is public robbery. This behavior is shameful, this is behavior without bottom line and conscience. The defendant's deliberate and malicious behavior not only violated my legal rights, and cut off the future of me and my workshop, but also it hurt people who have dreams and pursue them some like me. I don't want my design—my child is taken away by others. I issue an 'AMBER Alert' while my heart is broken. I hope that people who still have dreams in their hearts, and those who strive to pursue their dreams, all will dare to stand up and protest for the harm they have suffered, and they will be able to maintain their own legal rights no matter what pressure they are under.

03/22/23
Xu Zhang

— 6 —