JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XU ZHANG, | Case No. CV 23-2200 FMO (PVCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NETFLIX, INC., | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 5th day of August, 2024.

/s/
Fernando M. Olguin
United States District Judge